## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3720                     Assigned/Issued By: j. n.

Judge Name: nordberg                      Designated Magistrate Judge: cole

---

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                         Receipt #: 2897496

Date Payment Rec'd: 6-30-08              Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                               [ ] Alias Summons

[ ] Third Party Summons                   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment
                                          _____
[ ] Wage-Deduction Garnishment Summons    _____
                                          *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets           [ ] Other
                                          _____
[ ] Writ _____             _____
         *(Type of Writ)*                 *(Type of issuance)*

2   Original and  0   copies on  6-30-08         as to  all defendants
                                 *(Date)*